# Exhibit A

**EXHIBIT A**

| LABEL | ARTIST | ALBUM | CATALOGUE NO. | REGISTRATION NO. | DATE |
|---|---|---|---|---|---|
| Warner Brothers | Black Sabbath | Paranoid | #1887 | N 20213 | 4/24/1974 |
| Warner Brothers | Black Sabbath | Black Sabbath Vol. 4 | #2602 | KK 226828; N 3028 | 9/25/1972 |
| Warner Brothers | Black Sabbath | Sabbath Bloody Sabbath | #2695 | KK 233539; N 23117 | 1/1/1974 |
| Warner Brothers | Black Sabbath | Sabotage | #2822 | KK 239985; N 26154 | 7/28/1975 |
| Warner Brothers | Black Sabbath | We Sold Our Soul For Rock 'n' Roll | #2923 | N 30086 | 2/3/1976 |