# Exhibit B

**EXHIBIT B**

| LABEL | ARTIST | ALBUM | CATALOGUE NO. | REGISTRATION NO. | DATE |
|---|---|---|---|---|---|
| Warner Brothers | Black Sabbath | Black Sabbath | #1871 | Pre 1972 | 6/1/1970 |
| Warner Brothers | Black Sabbath | Master of Reality | #2562 | Pre 1972 | 7/21/1971 |